UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BENJAMIN WASSON, *individually and on behalf of all others similarly situated*, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 18-cv-12330-ADB |
| LOGMEIN, INC., WILLIAM R. WAGNER, AND EDWARD K. HERDIECH, | * * * | |
| Defendants. | * | |

## ORDER APPOINTING LEAD PLAINTIFFS AND COUNSEL

BURROUGHS, D.J.

Having considered Larry Pollock and Robert Daub's motion for appointment as co-lead plaintiffs and approval of counsel (the "Motion"), ECF No. 25,

IT IS HEREBY ORDERED THAT:

1)  The Motion is GRANTED;

2)  The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Larry Pollock and Robert Daub as Co-Lead Plaintiffs; and

3) The Court, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), approves Glancy Prongay & Murray LLP as Lead Counsel.

SO ORDERED.

December 10, 2018                                    /s/ Allison D. Burroughs
                                                     ALLISON D. BURROUGHS
                                                     U.S. DISTRICT JUDGE