# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Benjamin Wasson**

       Plaintiff

   V.

**LogMeIn, Inc. et al**

       Defendant

CIVIL ACTION

NO. 18-12330-ADB

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Memorandum and Order dated March 18, 2021 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

3/18/2021                            /s/ Christina McDonagh
   Date                                          Deputy Clerk